IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ARRIN AND ALISA SCHOEDINGER, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, a foreign corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation, and CITIMORTGAGE, INC., a foreign corporation,<br><br>Defendants. | Case No.: 3:11-cv-883-ae- PA<br><br>ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ALL DEFENDANTS |

Upon Plaintiffs' unopposed motion, and agreement among the parties:

It is ORDERED that this action is dismissed without prejudice as to defendants Cal-Western Reconveyance Corporation, Mortgage Electronic Registration Systems, Inc., and CitiMortgage, Inc. No fees, costs, or expenses are awarded against any party in conjunction with this order.

DATED this **27** day of February 2013.

*/s/ Owen M. Panner*
Hon. Owen M. Panner
U.S. District Court Judge

ORDER OF DISMISSAL OF ACTION WITHOUT
PREJUDICE AS TO ALL DEFENDANTS – Page 1
*Schoedinger v. Cal-Western, et al*